PEOPLE *v.* BARR.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Motion denied, without prejudice to application to the court of sessions.

---

SAVINGS BANK OF UTICA, Respondent, *v.* NICHOLS *et al.,* Appellants.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Order modified by striking therefrom so much as awards an attachment, and, as modified, affirmed, without costs to either party.

---

SAVINGS BANK OF UTICA, Respondent, *v.* NICHOLS *et al.,* Appellants.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Motion to dismiss appeal denied, with $10 costs.

---

SCHELL *et al.,* Respondents, *v.* BROWN, Appellant.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Judgment of the county court of Jefferson county affirmed, with costs.

---

SIMMONS *et al.,* Respondents, *v.* CITY OF SYRACUSE *et al.,* Appellants.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Judgment reversed, as to the city of Syracuse, upon the exceptions, and a new trial ordered, with costs to abide the event. Following *Dawson* v. *City of Troy,* 2 N. Y. Supp. 137; *Babcock* v. *Mayor, etc.,* 9 N. Y. Supp. 368. Judgment as to the other defendants affirmed, with costs.

---

SMITH, Appellant, *v.* CITY OF SYRACUSE *et al.,* Respondents.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Order affirmed, with $10 costs and disbursements.

---

STILLWELL, Superintendent of the Poor, Respondent, *v.* KENNEDY, Overseer of the Poor, Appellant.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Judgment and order affirmed, with costs. See 5 N. Y. Supp. 407.

---

WEST, Respondent, *v.* DOANE, Appellant.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Judgment affirmed, with costs.

---

WILKIN, Respondent, *v.* TOMPKINS COUNTY CO.-OP. FIRE INS. CO., Appellant.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Judgment and order affirmed, with costs.